SYED ABU TAHIR
PLAINTIFF PRO SE
420 Berry Street, Apt. 49
San Francisco, CA 94158
(415) 577-9714

RECEIVED
MAR 06 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SYED ABU TAHIR,<br><br>　　　　Plaintiff Pro Se,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>　　　　Defendant. | Case No. 4:18-cv-03675-HSG<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Plaintiff Pro Se shall have an extension of time of 60 days to file his Motion for Summary Judgment in response to Defendant's Answer. The current due date for Plaintiff's Motion for Summary Judgment is Wednesday, March 13, 2019. The new due date for filing Plaintiff's Motion for Summary Judgment, factoring in the fact that the 60th day falls on a Sunday, would be Monday, May 13, 2019. The Commissioner's Motion would then be due on or before Monday, June 10, 2019.

STIPULATION TO EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT, AND PROPOSED ORDER; CASE NO. 4:18-CV-03675-HSG

1

This extension is necessary for Plaintiff to seek counsel and, if counsel is obtained, for newly obtained counsel to familiarize herself/himself with the case. Plaintiff Pro Se sincerely apologizes to the Court and to the Defendant for any inconvenience caused by this delay. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: 3/4/19

Respectfully submitted,

X *(signature)*
SYED ABU TAHIR
Plaintiff Pro Se

Dated: 03/01/2019

DAVID L. ANDDERSON
United States Attorney
DEBORAH STACHEL,
Regional Chief Counsel Region IX
By: /s/ Sharon Lahey
(*as authorized by e-mail on March 1, 2019)
SHARON LAHEY,
Assistant Regional Counsel

Attorneys for Defendant

ORDER:

APPROVED AND SO ORDERED

Dated: 3/12/2019

By: *(signature)*
THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION TO EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT, AND PROPOSED ORDER; CASE NO. 4:18-CV-03675-HSG