DONALD H. MEDEARIS, SBN 206849
BAY AREA LEGAL AID
1800 Market Street, 3rd Floor
San Francisco, CA 94102
Telephone: (415) 354-6331
Fax: (415) 982-4243
dmedearis@baylegal.org

Attorney for Plaintiff,
SYED ABU TAHIR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SYED ABU TAHIR,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No. 4:18-cv-03675-HSG<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Plaintiff shall have a second extension of time of 28 days to file his Motion for Summary Judgment (MSJ) in response to Defendant's Answer. The Court previously granted Plaintiff's request for an extension of 60 days to file his MSJ, so that Plaintiff, who was then Pro Se, would have time to seek counsel. Plaintiff has now obtained counsel and counsel substituted in as Plaintiff's attorney today. Plaintiff's attorney requests an extension because he will be representing clients at two already-scheduled Social Security

STIPULATION TO A SECOND EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT, AND ~~PROPOSED~~ ORDER; CASE NO. 4:18-CV-03675-HSG

1

administrative hearings this Thursday, May 9, a Reply brief due in another United States District Court case on May 10, 2019, and a heavy caseload.

The current due date for Plaintiff's Motion for Summary Judgment is Monday, May 13, 2019. The new due date for filing Plaintiff's Motion for Summary Judgment would be Monday, June 10, 2019. The Commissioner's Motion would then be due on or before Monday, July 8, 2019.

Plaintiff and Plaintiff's attorney sincerely apologize to the Court and to the Defendant for any inconvenience caused by this delay. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                Respectfully submitted,

Dated: 05/06/2019            */s/ Donald H. Medearis*
                                  DONALD H. MEDEARIS
                                  Attorney for Plaintiff


Dated: 05/06/2019            DAVID L. ANDERSON
                                  United States Attorney
                                  DEBORAH STACHEL,
                                  Regional Chief Counsel Region IX
                           By: */s/ Sharon Lahey*
                                  (*as authorized by e-mail on 05/06/2019)
                                  SHARON LAHEY,
                                  Assistant Regional Counsel
                                  Attorneys for Defendant

ORDER:

APPROVED AND SO ORDERED

Dated: 5/7/2019              By: *Haywood S. Gill Jr.*
                                  THE HONORABLE HAYWOOD S. GILLIAM, JR.
                                  United States District Judge

STIPULATION TO A SECOND EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT, AND ~~PROPOSED~~ ORDER; CASE NO. 4:18-CV-03675-HSG